# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STEVEN BARRY COHEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendants. | 2:15-cv-01668-GMN-VCF<br><br>**ORDER** |

Before the court is the parties' Stipulated Discovery Plan and Scheduling Order (#11).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the parties' Stipulated Discovery Plan and Scheduling Order (#11) is scheduled for 3:00 p.m., October 20, 2015, in courtroom 3D.

DATED this 9th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE