1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 005617
2  rdennett@dennettwinspear.com
   MATTHEW J. WAGNER, ESQ.
3  Nevada Bar No. 011311
   **DENNETT WINSPEAR, LLP**
4  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
5  Telephone:   (702) 839-1100
   Facsimile:    (702) 839-1113
6  *Attorneys for State Farm Mutual*
   *Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STEVEN BARRY COHEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No: 2:15-cv-01668-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED by and between JAMES L. EDWARDS, ESQ., of the law firm of COHEN JOHNSON PARKER EDWARDS, attorneys for Plaintiff, STEVEN BARRY COHEN and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 8.23.2016

COHEN JOHNSON PARKER EDWARDS

By /s/ James L. Edwards
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
MICHAEL V. HUGHES, ESQ.
Nevada Bar No. 13154
255 E. Warm Springs Road
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*
*Steven Barry Cohen*

DATED: 8/24/16

DENNETT WINSPEAR, LLP

By /s/ Matt
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for State Farm Mutual*
*Automobile Insurance Company*

ORDER

UPON Stipulation of counsel and good cause appearing therefore, IT IS SO ORDERED.

DATED: August 25, 2016

_____
UNITED STATES JUDGE

2